CUYAHOGA COUNTY BAR ASSOCIATION *v.* MCWHERTER.

[Cite as Cuyahoga Cty. Bar Assn. *v.* McWherter (1991), 57 Ohio St. 3d 17.]

(No. 90-1701—Submitted October 17, 1990—Decided January 9, 1991.)

18

*Michael J. Duber, Gary Axner* and *Engeline H. Koepper*, for relator.

*Per Curiam.* We adopt the findings and recommendations of the board and order respondent indefinitely suspended from the practice of law. Moreover, respondent is advised that restitution and payment of all past-due registration fees are preconditions of his petition for reinstatement. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.